# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael Snow, | No. CV-22-08245-PCT-SMB (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| WellPath, et al., | |
| Defendants. | |

United States Magistrate Judge James Metcalf has issued a report and recommendation ("R&R") recommending that Defendants Unknown, WellPath, Nurse Practitioner Myers Cox and unknow LPN be dismissed without prejudice and recommending that all claims other that Count one and two be dismissed without prejudice. (Doc. 11). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 15) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Metcalf. The Court will accept and adopt the R&R.

**IT IS ORDERED** that Report and Recommendation of the Magistrate Judge (Doc. 11) is accepted.

…

**IT IS FURTHER ORDERED:**

(A) Responses to the First Amended Complaint (Doc. 6) be required as follows: 1. From Defendant Green to the claim in Count One for deliberate indifference to medical needs. 2. From Defendant Mohave County to the claim in Count One of deliberate indifference to medical needs based on the policy of refusing emergency medical care to assaulted inmates who refuse to identify their assailants. 3. From Defendant Franks to the claim In Count Two for an Eighth Amendment violation based on the procedure to which he subjected Plaintiff.

(B) The remaining claims in the First Amended Complaint be DISMISSED WITHOUT PREJUDICE.

(C) Defendants Unknown WellPath, Nurse Practitioner Myers Cox, and Unknown LPN(RN) be DISMISSED WITHOUT PREJUDICE.

(D) The Clerk of Court be required to send Plaintiff a service packet including the First Amended Complaint (Doc. 6), the Order, and both summons and request for waiver forms for Defendants Green, Franks, and Mohave County.

(E) Plaintiff be required to complete and return the service packet to the Clerk of Court within 21 days of the date of filing of the Order.

(F) The United States Marshal be required to retain the Summons, a copy of the First Amended Complaint, and a copy of the Order for future use.

(G) The United States Marshal be required to notify Defendants of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The notice to Defendants must include a copy of the Order.

(H) A Defendant who agrees to waive service of the Summons and Complaint be required to return the signed waiver forms to the United States Marshal, not the Plaintiff, within 30 days of the date of the notice and request for waiver of service pursuant to Federal Rule of Civil Procedure 4(d)(1)(F) to avoid being charged the cost of personal service.

(I) The Marshal be required to immediately file signed waivers of service of the summons. If a waiver of service of summons is returned as undeliverable or is not returned by a Defendant within 30 days from the date the request for waiver was sent by the Marshal, the Marshal be required to: (a) personally serve copies of the Summons, First Amended Complaint, and the Order upon Defendant pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure; and (b) within 10 days after personal service is effected, file the return of service for Defendant, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently Case 3:22-cv-08245-SMB-JFM Document 11 Filed 07/14/23 Page 16 of 17 - 17 - 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 incurred in effecting service upon Defendant. The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the Summons, First Amended Complaint, or this Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendant pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

(J) Defendants Green, Franks, Mohave County, and WellPath be required to answer the relevant portions of the First Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(K) Any answer or response be required to state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed

Dated this 12th day of September, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge