# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael Snow, | No. CV-22-08245-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Franks, et al., | |
| Defendants. | |

United States Magistrate Judge James Metcalf has issued two report and recommendations ("R&R") (Docs. 41 & 42) recommending that the case be dismissed without prejudice and that Defendant Franks be dismissed without prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3-4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Metcalf. The Court will accept and adopt the R&Rs.

**IT IS THEREFORE ORDERED** that Report and Recommendations of the Magistrate Judge (Docs. 41 and 42) are accepted.

///

///

1   **IT IS FURTHER ORDERED** dismissing this case without prejudice.  The Clerk
2   of Court is directed to enter judgment accordingly and terminate this case.
3           Dated this 5th day of March, 2024.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge